569 A.2d 927

**June B. HALVERSON, Appellant,**

v.

**Murray BRAND, D.O. and Jerry Cohen, D.O.**

Supreme Court of Pennsylvania.

Reargued Jan. 22, 1990.

Decided Feb. 6, 1990.

**132**

Francis X. Dochney, Philadelphia, for appellant.

Howard F. Messer, and Robert A. Krebs, Pittsburgh, for amicus curiae Pennsylvania Trial Laywers Ass'n.

Edwin L. Scherlis, Philadelphia and William B. Hilderbrand, for appellee.

David Tortorice, for amicus curiae, Defense Inst.

Arthur K. Hoffman, Harrisburg, and David W. Webber, Philadelphia, for amicus curiae, Philadelphia Aids Task Force.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Matter remanded for an amended complaint to be filed within twenty days.

NIX, C.J., and FLAHERTY and ZAPPALA, JJ., dissent.